**Slip Op. 08-27**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: Senior Judge Nicholas Tsoucalas

_____

|  |  |  |
|---|---|---|
| CRAWFISH PROCESSORS ALLIANCE;<br>LOUISIANA DEPARTMENT OF<br>AGRICULTURE AND FORESTRY;<br>BOB ODOM, COMMISSIONER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant, | : | |
| | : | |
| and | : | Consol. Court No.<br>02-00376 |
| | : | |
| HONTEX ENTERPRISES, INC., d/b/a<br>LOUISIANA PACKING COMPANY;<br>QINGDAO RIRONG FOODSTUFF CO., LTD.<br>and YANCHENG HAITENG AQUATIC<br>PRODUCTS & FOODS CO., LTD;<br>BO ASIA, INC., GRAND NOVA<br>INTERNATIONAL, INC., PACIFIC<br>COAST FISHERIES CORP.,<br>FUJIAN PELAGIC FISHERY GROUP CO.,<br>QINGDAO ZHENGRI SEAFOOD CO., LTD.<br>and YANGCHENG YAOU SEAFOOD CO., | : | |
| | : | |
| Defendant-Intervenors<br>and Plaintiffs. | : | |

_____

**JUDGMENT**

Upon consideration of the Department of Commerce's <u>Final Remand Results of Redetermination Pursuant to Court Remand</u>, filed with the Court on January 28, 2008 ("<u>Final Results</u>"), the Court finds that those remand results comply with the Court's remand order in <u>Crawfish Processors Alliance v. United States</u>, 31 CIT __, Slip Op. 07-156 (October 30, 2007) insofar as they treat Fujian Pelagic Fishery Group Co. ("Fujian") and Pacific Coast Fisheries Corp. ("Pacific Coast") as affiliated parties pursuant to 19 U.S.C. § 1677(33)(E). Having done so, Department of Commerce recalculated Fujian's dumping margin from 174.04% to 60.83% for the period September 1, 1999 through August 31, 2000, the period of review. No party objected to the <u>Final Results</u>. Therefore, it is hereby

**ORDERED** that the <u>Final Results</u> are affirmed; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.


**SO ORDERED.**


_____/s/ Nicholas Tsoucalas_____
**NICHOLAS TSOUCALAS**
**SENIOR JUDGE**


Dated:     March 5, 2008
           New York, New York